

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-16-00406-CR

Carl Wade **BAILES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0076
Honorable Melisa Skinner, Judge Presiding

# **O R D E R**

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Irene Rios, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_____
Keith E. Hottle,
Clerk of Court